UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR11-5394BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS' DUE DATE |
| JEANETTE R. SALSI, | ) | |
| Defendant. | ) | |

Upon the defendant's unopposed motion to continue the pretrial motions' due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions due date be continued to September 12, 2012.

DONE this 4th day of September, 2012.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Linda R. Sullivan*
Linda R. Sullivan
Attorney for Defendant

ORDER GRANTING MOTION
TO CONTINUE PTMs DUE DATE - 1
*United States v. Salsi* / CR11-5394BHS

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710