UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN L. PORTMANN,<br><br>Defendant. | NO. CR11-5394BHS<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following assets:

a) $102,000.00 in United States currency, originally in the custody of Shawn L. Portmann and currently in the custody of the Internal Revenue Service, Criminal Investigation Division.

On January 28, 2013, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant SHAWN L. PORTMANN's interest in the above-described property. On January 27, 2014, this Court entered a Second Preliminary Order of Forfeiture as to Certain Substitute Property of Defendant Shawn L. Portmann.

The above-described property is subject to forfeiture pursuant to Title 18, United Stated Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(2)(A), and based on SHAWN L. PORTMANN's guilty plea to Conspiracy to Submit False Statements in Loan Applications and the Make False Statements to the Department of Housing and Urban Development ("HUD"), as charged in Count One (1) of the Indictment, in violation of

FINAL ORDER OF FORFEITURE - 1
*U.S. v. Shawn L. Portmann*, Case No. CR11-5394BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Title 18, United States Code, Section 371, and Submitting False Statements in Loan Applications, as charged in Count Two (2) of the Indictment, in violation of Title 18, United States Code, Section 1014.

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice on an official government forfeiture website, currently www.forfeiture.gov for thirty (30) days beginning March 2, 2013.  In the publication the United States published notice of the Preliminary Order of Forfeiture and the intent of the United States to dispose of the property in accordance with law.  This notice further stated that any person other than the defendant having or claiming an interest in the property was required to file a petition with the Court within sixty (60) days of the first date of publication, setting forth the nature of the petitioner's right, title, and interest in the property.

All persons and entities believed to have an interest in the property subject to forfeiture were given proper notice of the intended forfeiture.

No petitioners or claimants have come forth to assert an interest in the forfeited property, and the time for doing so has expired.

IT IS ORDERED, ADJUDGED and DECREED that the following property is fully and finally condemned and forfeited to the United States in its entirety:

    (a)    $102,000.00 in United States currency, originally in the custody of Shawn L. Portmann and currently in the custody of the Internal Revenue Service, Criminal Investigation Division.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest in the above-described property shall exist in any other party.  The United States Department of Treasury, Internal Revenue Service, Criminal Investigation Division and/or its authorized agents/representatives are authorized to dispose of the above-described property in accordance with law.

FINAL ORDER OF FORFEITURE - 2
*U.S. v. Shawn L. Portmann*, Case No. CR11-5394BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1     Accordingly, the Court is respectfully requested to enter a Final Order of
2 Forfeiture, forfeiting the above-described property to the United States of America.  A
3 proposed Final Order of Forfeiture has been submitted herewith.
4     DATED this 12th day of May, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

 s/ J. Tate London
J. TATE LONDON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Telephone: (206) 553-2242
Facsimile: (206) 553-6934
E-mail:  Tate.London@usdoj.gov

FINAL ORDER OF FORFEITURE - 3
*U.S. v. Shawn L. Portmann*, Case No. CR11-5394BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800