**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHAWN L. PORTMANN,<br>Defendant. | NO. 3:11-CR-05394-BHS-1<br>**Declaration of Dawn Fernandez** |

I, Dawn Fernandez, declare as follows:

1. I am employed as the Financial Litigation Unit (FLU) Supervisor Paralegal Specialist for the United States Attorney's Office, Western District of Washington. In that capacity, I have supervision and direct responsibility over the enforcement of criminal restitution orders by the Financial Litigation Unit, including the restitution order in the above-entitled action.

2. I make this declaration based upon my personal knowledge and review of the files and records that the U.S. Attorney's Office keeps and maintains in the ordinary course of business.

//



UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

3. Attached as Exhibit A, is Page 1 of 94 of the U.S. Courts Case Inquiry Report, redacted as necessary. It is a true and correct copy of Page 1 of the Report as obtained from the Clerk's Office, U.S. District Court for the Western District of Washington, on August 21, 2017, showing an outstanding balance of $4,739,355.13.

4. In response to a request by the U.S. Attorney's Office, the U.S. Bureau of Prisons encumbered the Inmate Trust Account of Defendant/ Judgment Debtor Shawn L. Portmann, in the amount of $7,241.75, on or about August 1, 2017.

5. The encumbrance of Mr. Portmann's Inmate Trust Account prevents him from making withdrawals that would reduce his account balance below $4,739,355.13.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 5th day of September, 2017, in Seattle, Washington.

DAWN FERNANDEZ



UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970