# U.S. Courts
## Case Inquiry Report
### Case Num: DWAW311CR005394; Party Num: N/A; Payee Code: N/A
### Show Party Details: N; Show Payee Details: N; Show Transactions: Y

**Case Number** DWAW311CR005394 **Case Title** USA VS PORTMANN, ET AL

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PTY12340 | PORTMANN, SHAWN L | PCCA9193 | SPECIAL PENALTY ASSESSMENT | | 200.00 | 200.00 | 0.00 |
| 001 | PTY12340 | PORTMANN, SHAWN L | PCCA9193 | FEDERAL RESTITUTION | | 4,350,198.45 | 0.00 | 4,350,198.45 |
| 001 | PTY12340 | PORTMANN, SHAWN L | PCCA9193 | VICTIM RESTITUTION | | 102,731.67 | 4,630.94 | 98,100.73 |
| 001 | PTY12340 | PORTMANN, SHAWN L | PCCA9193 | FEDERAL J&S RESTITUTION | DWAW311CR005394/A | 5,639.65 | 1,455.69 | 4,183.96 |
| 001 | PTY12340 | PORTMANN, SHAWN L | PCCA9193 | FEDERAL J&S RESTITUTION | DWAW311CR005394/B | 20,947.57 | 4,652.11 | 16,295.46 |
| 001 | PTY12340 | PORTMANN, SHAWN L | PCCA9193 | FEDERAL J&S RESTITUTION | DWAW311CR005394/C | 6,838.22 | 1,142.84 | 5,695.38 |
| 001 | PTY12340 | PORTMANN, SHAWN L | PCCA9193 | FEDERAL J&S RESTITUTION | DWAW311CR005394/D | 43,125.19 | 5,853.98 | 37,271.21 |
| 001 | PTY12340 | PORTMANN, SHAWN L | PCCA9193 | FEDERAL J&S RESTITUTION | DWAW311CR005394/E | 32,217.87 | 355.44 | 31,862.43 |
| 001 | PTY12340 | PORTMANN, SHAWN L | PCCA9193 | FEDERAL J&S RESTITUTION | DWAW311CR005394/F | 60,000.00 | 13,118.88 | 46,881.12 |
| 001 | PTY12340 | PORTMANN, SHAWN L | PCCA9193 | FEDERAL J&S RESTITUTION | DWAW311CR005394/G | 40,344.00 | 6,405.80 | 33,938.20 |
| 001 | PTY12340 | PORTMANN, SHAWN L | PCCA9193 | FEDERAL J&S RESTITUTION | DWAW311CR005394/H | 6,619.98 | 686.50 | 5,933.48 |
| 001 | PTY12340 | PORTMANN, SHAWN L | PCCA9193 | FEDERAL J&S RESTITUTION | DWAW311CR005394/I | 50,800.69 | 5,191.71 | 45,608.98 |
| 001 | PTY12340 | PORTMANN, SHAWN L | PCCA9193 | FEDERAL J&S RESTITUTION | DWAW311CR005394/J | 39,368.39 | 2,788.35 | 36,580.04 |
| 001 | PTY12340 | PORTMANN, SHAWN L | PCCA9193 | VICTIM J&S RESTITUTION | DWAW311CR005394/K | 23,995.46 | 23,995.46 | 0.00 |
| 001 | PTY12340 | PORTMANN, SHAWN L | PCCA9193 | VICTIM J&S RESTITUTION | DWAW311CR005394/L | 40,387.35 | 13,581.66 | 26,805.69 |
| | | | | | | 4,823,414.49 | 84,059.36 | 4,739,355.13 |
| 002 | | | | | | | | |
| | | | | | | 100.00 | 100.00 | 0.00 |
| 003 | | | | | | | | |
| | | | | | | 197,233.06 | 28,291.24 | 168,941.82 |
| 004 | PTY12330 | | | | | | | |
| | | | | | | 76,650.63 | 13,204.62 | 63,446.01 |

EXHIBIT A
Page 1 of 1