**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHAWN L. PORTMANN,<br>Defendant. | NO. 3:11-CR-05394-BHS-1<br>**Order Granting United States' Motion to Require Payment from Inmate Trust Account**<br>**Register#: 41496-086** |

Plaintiff, United States of America, moves under 18 U.S.C. § 3664(n), for entry of an Order requiring the Bureau of Prisons (BOP) to turn over to the Clerk of Court funds held in the inmate trust account for Defendant Shawn L. Portmann (Mr. Portmann), to pay the criminal monetary penalties imposed in this case, specifically $4,739,355.13 in restitution. For all the reasons stated in the United States' motion, the Court finds that the motion should be granted.

Accordingly, the Court orders as follows, pursuant to 18 U.S.C. § 3664(n):

//



UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1. The United States' Motion to Require Payment from Inmate Trust Account is Granted.

2. Within 30 days from the date of this Order, the BOP shall turn over the full balance of Mr. Portmann's BOP inmate trust account, less $100.00, to the Clerk of this Court, via check payable to "United States District Court, Western District of Washington," referencing Case No. 3:11-cr-05394-BHS-1, and delivered either personally or by First Class Mail to:

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

In no event shall BOP turn over more than Mr. Portmann's $4,739,355.13 restitution balance.

DATED this 19th day of September, 2017.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney



UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970