PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| DOCKET NUMBER *(Tran. Court)* 3:11CR05394-001 | | |
| DOCKET NUMBER *(Rec. Court)* CR-20-50194-PHX-MTL | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Shawn L Portmann | DISTRICT: Western Washington | DIVISION: Tacoma |
| | NAME OF SENTENCING JUDGE: The Honorable Benjamin H. Settle | |
| | DATES OF PROBATION/ **SUPERVISED RELEASE** | FROM 08/31/2020 — TO 08/30/2025 |

OFFENSE

18 U.S.C. § 371 Conspiracy to Submit False Statements in Loan Applications and to Make False Statements to the Department of Housing and Urban Development (HUD)
18 U.S.C. § 1014 Submitting False Statements in Loan Applications

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western DISTRICT OF Washington

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 12, 2020
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ______ DISTRICT OF ______

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 13, 2020
*Effective Date*

Michael T. Liburdi
*United States District Judge*